STATE OF NEW JERSEY v. TONY SALADIN.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER CURRY.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CARMEN MICHAEL LABRUNO.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MCKENNY.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERTO SOSA.

November 2, 1987.

Petition for certification denied.